# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   ANTHONY P JR DAVIS　　　　　§　　　Case No.: 05-42534
　　　　　ELISHONDA D DAVIS　　　　　§

　　　　　Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 09/30/2005.

2) This case was confirmed on 01/25/2006.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/28/2007.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/27/2006.

5) The case was dismissed on 11/18/2009.

6) Number of months from filing to the last payment:  49

7) Number of months case was pending:  55

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted:  NA

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 28,282.50 |
| Less amount refunded to debtor | $ 1,037.66 |
| **NET RECEIPTS** | $ 27,244.84 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 1,659.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,800.60 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,459.60 |
| Attorney fees paid and disclosed by debtor | $ 541.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NATIONAL CAPITAL MGM | SECURED | 7,520.00 | .00 | 12,500.00 | 12,500.00 | 1,888.34 |
| NATIONAL CAPITAL MGM | UNSECURED | 7,695.00 | .00 | 1,323.01 | 51.66 | .00 |
| ILL DEPT HEALTHCARE | PRIORITY | 3,390.00 | .00 | 6,462.67 | 6,462.67 | .00 |
| ABSOULUTE COLLECTION | UNSECURED | 48.00 | NA | NA | .00 | .00 |
| ABSOULUTE COLLECTION | UNSECURED | 31.00 | NA | NA | .00 | .00 |
| ABSOULUTE COLLECTION | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| ABSOULUTE COLLECTION | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| ADELPHIA | UNSECURED | 210.00 | NA | NA | .00 | .00 |
| AMERICA ONLINE | UNSECURED | 260.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 329.00 | .00 | 332.35 | 16.09 | .00 |
| ATTENTION COLLECTION | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| BENEFICIAL FINANCE C | UNSECURED | 1,029.00 | NA | NA | .00 | .00 |
| BENEFICIAL HFC | OTHER | NA | NA | NA | .00 | .00 |
| BLAKELY WITT & ASSOC | UNSECURED | 1,570.00 | NA | NA | .00 | .00 |
| RMCB COLLECTION AGEN | UNSECURED | 36.00 | NA | NA | .00 | .00 |
| LOUISIANA TEDH UNIVE | UNSECURED | NA | .00 | .00 | .00 | .00 |
| ASTA FUNDING ACQUISI | UNSECURED | 4,043.00 | .00 | 4,043.87 | 195.80 | .00 |
| ACTIVE COLL | OTHER | NA | NA | NA | .00 | .00 |
| PALISADES COLLECTION | OTHER | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1,377.00 | .00 | 1,395.39 | 54.49 | .00 |
| CAPITAL ONE | UNSECURED | 1,218.00 | .00 | 1,381.17 | 53.93 | .00 |
| CBE GROUP | UNSECURED | 417.00 | NA | NA | .00 | .00 |
| CENTRAL FINANCE | UNSECURED | 312.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CERTEGY PAYMENT RECO | UNSECURED | 124.00 | NA | NA | .00 | .00 |
| AFFILIATED CREDIT SE | OTHER | NA | NA | NA | .00 | .00 |
| CHARLOTTE RADIOLOGY | UNSECURED | 101.00 | NA | NA | .00 | .00 |
| CREDIT BUREAU OF THE | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CREDIT BUREAU OF THE | UNSECURED | 78.00 | NA | NA | .00 | .00 |
| CBCS | UNSECURED | 1,093.00 | NA | NA | .00 | .00 |
| FRANKLIN | OTHER | NA | NA | NA | .00 | .00 |
| CREDIT COLLECTION SE | UNSECURED | 137.00 | NA | NA | .00 | .00 |
| CREDIT MANAGEMENT IN | UNSECURED | 756.00 | NA | NA | .00 | .00 |
| CREDIT MANAGEMENT IN | UNSECURED | 377.00 | NA | NA | .00 | .00 |
| CREDIT PROTECTION | UNSECURED | 979.00 | NA | NA | .00 | .00 |
| CREDIT PROTECTION | UNSECURED | 964.00 | NA | NA | .00 | .00 |
| CREDIT SOLUTIONS COR | UNSECURED | 3,201.00 | .00 | 2,242.39 | 108.58 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2,646.00 | .00 | 2,646.59 | 128.16 | .00 |
| DANONE WATER OF NORT | UNSECURED | 88.00 | NA | NA | .00 | .00 |
| EBENX | UNSECURED | 2,394.00 | NA | NA | .00 | .00 |
| ERIKA HEARD | UNSECURED | 5,000.00 | .00 | 5,009.80 | .00 | .00 |
| FAIRLANE CREDIT LLC | UNSECURED | 14,676.00 | NA | NA | .00 | .00 |
| FNB MARIN | UNSECURED | 1,007.00 | NA | NA | .00 | .00 |
| FIRST PREMIER CREDIT | UNSECURED | 199.00 | NA | NA | .00 | .00 |
| GMAC | UNSECURED | 8,025.00 | NA | NA | .00 | .00 |
| GC | UNSECURED | 73.00 | NA | NA | .00 | .00 |
| GEMB DISCOUNT TIRE | UNSECURED | 791.00 | NA | NA | .00 | .00 |
| GILL ORTHOPAEDIC CLI | UNSECURED | 2,004.00 | NA | NA | .00 | .00 |
| GOLETA NATIONAL BANK | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| H&F LAW | UNSECURED | 106.00 | NA | NA | .00 | .00 |
| CMC | UNSECURED | 94.00 | .00 | 369.57 | 17.90 | .00 |
| LAKESHORE ATHLETIC C | UNSECURED | 1,708.00 | NA | NA | .00 | .00 |
| HARVARD COLLECTION S | UNSECURED | 219.00 | NA | NA | .00 | .00 |
| HERTZ CORP | UNSECURED | 1,273.00 | NA | NA | .00 | .00 |
| HORIZON EMERGENCY PH | UNSECURED | 10.00 | NA | NA | .00 | .00 |
| HOSPITAL BILLING | UNSECURED | 64.00 | NA | NA | .00 | .00 |
| JON BARRY AND ASSOC | UNSECURED | 72.00 | NA | NA | .00 | .00 |
| CASH AMERICA | UNSECURED | 363.00 | .00 | 363.60 | 17.60 | .00 |
| LITTLE COMPANY OF MA | UNSECURED | 298.00 | NA | NA | .00 | .00 |
| MALCOLM S GERALD & A | OTHER | NA | NA | NA | .00 | .00 |
| LOUISIANA TEDH UNIVE | UNSECURED | 2,809.00 | NA | NA | .00 | .00 |
| MEDICAL COLLECTION | UNSECURED | 178.00 | NA | NA | .00 | .00 |
| MEDICAL COLLECTIONS | UNSECURED | 178.00 | NA | NA | .00 | .00 |
| MEDICAL DATA SYSTEM | UNSECURED | 541.00 | NA | NA | .00 | .00 |
| MEDICAL DATA SYSTEM | UNSECURED | 152.00 | NA | NA | .00 | .00 |
| SPARTAN FINANCIAL | OTHER | NA | NA | NA | .00 | .00 |
| MEDICAL DATA SYSTEM | UNSECURED | 104.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| SPARTAN FINANCIAL | OTHER | NA | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 1,006.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,383.00 | .00 | 1,244.93 | 48.60 | .00 |
| NCO FINANCIAL SYSTEM | UNSECURED | 613.00 | NA | NA | .00 | .00 |
| NCO MEDCLR | UNSECURED | 147.00 | NA | NA | .00 | .00 |
| NCO MEDCLR | UNSECURED | 105.00 | NA | NA | .00 | .00 |
| B-LINE LLC | UNSECURED | NA | .00 | .00 | .00 | .00 |
| NICOR GAS | UNSECURED | 1,265.00 | .00 | 1,614.33 | 78.17 | .00 |
| NICOR GAS | UNSECURED | 769.00 | NA | NA | .00 | .00 |
| PARAGONWAY | UNSECURED | 281.00 | NA | NA | .00 | .00 |
| PIEDMONT NATURAL GAS | UNSECURED | 442.00 | .00 | 317.96 | 15.40 | .00 |
| PMAB | UNSECURED | 1,129.00 | NA | NA | .00 | .00 |
| PROFESSIONAL RECOVER | UNSECURED | 149.00 | NA | NA | .00 | .00 |
| PRESBYTERIAN HEALTHC | UNSECURED | 1,165.00 | NA | NA | .00 | .00 |
| PRINCE PARKER & ASSO | UNSECURED | 172.00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | 72.00 | NA | NA | .00 | .00 |
| REPRODUCTIVE HEALTH | UNSECURED | 10.00 | NA | NA | .00 | .00 |
| REVENUE CYCLE SOLUTI | UNSECURED | 256.00 | NA | NA | .00 | .00 |
| RISK MANAGEMENT COLL | UNSECURED | 183.00 | NA | NA | .00 | .00 |
| ILLINOIS BELL | UNSECURED | 296.00 | .00 | 697.83 | 20.60 | .00 |
| ATTENTION LLC | OTHER | NA | NA | NA | .00 | .00 |
| SCA COLLECTION INC | UNSECURED | 28.00 | NA | NA | .00 | .00 |
| SPARTAN FINANCIAL | UNSECURED | 265.00 | NA | NA | .00 | .00 |
| SPARTAN FINANCIAL | UNSECURED | 102.00 | NA | NA | .00 | .00 |
| SIMM ASSOCIATES | UNSECURED | 625.00 | NA | NA | .00 | .00 |
| REGENCY CONDOS | UNSECURED | 7,130.00 | NA | NA | .00 | .00 |
| SPARTAN FINANCIAL | UNSECURED | 152.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL & | UNSECURED | 123.00 | NA | NA | .00 | .00 |
| TALBOTT COLL | UNSECURED | 1,600.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 388.00 | .00 | 106.02 | .00 | .00 |
| H&F LAW | OTHER | NA | NA | NA | .00 | .00 |
| TEXAS COMPTROLLER OF | UNSECURED | 121.00 | NA | NA | .00 | .00 |
| TIME LIFE INC | UNSECURED | 24.00 | NA | NA | .00 | .00 |
| TRS SERVICES | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| TXU GAS / TXU RETAIL | UNSECURED | 1,088.00 | NA | NA | .00 | .00 |
| TXU GAS / TXU RETAIL | UNSECURED | 696.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 202.00 | NA | NA | .00 | .00 |
| CREDIT COLLECTION SE | OTHER | NA | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 41,025.00 | .00 | 41,655.79 | 2,017.01 | .00 |
| UTILITY SUB METERING | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| WALMART | UNSECURED | 896.00 | NA | NA | .00 | .00 |
| ILLINOIS TITLE LOANS | SECURED | NA | .00 | .00 | .00 | .00 |
| APPLIED INCOME SCIEN | UNSECURED | NA | .00 | 1,058.75 | 41.34 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ECMC | UNSECURED | NA | .00 | .00 | .00 | .00 |
| B-LINE LLC | UNSECURED | NA | .00 | .00 | .00 | .00 |
| B-LINE LLC | UNSECURED | NA | .00 | 1,301.05 | 50.81 | .00 |
| NCO FINANCIAL | UNSECURED | 374.00 | .00 | 373.54 | 18.09 | .00 |
| AT&T WIRELESS | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 12,500.00 | 12,500.00 | 1,888.34 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 12,500.00 | 12,500.00 | 1,888.34 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 6,462.67 | 6,462.67 | .00 |
| **TOTAL PRIORITY:** | 6,462.67 | 6,462.67 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 67,477.94 | 2,934.23 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,459.60 |
| Disbursements to Creditors | $ | 23,785.24 |
| **TOTAL DISBURSEMENTS:** | $ | 27,244.84 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   05/04/2010            /s/ Tom Vaughn
                               Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**